IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT E. PERDUE, | ) |
| Plaintiff, | ) ) ) |
| V. | ) No.: 3:07-CV-00105 |
| | ) PHILLIPS/SHIRLEY |
| COY L. BEST and RALPH M. JEFFRIES, | ) ) |
| Defendants. | ) |

## ORDER OF COMPROMISE AND DISMISSAL

Come the parties, by and through their attorneys, and announce to the Court that all matters in controversy have been compromised and fully settled.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this cause be and the same hereby is DISMISSED, with prejudice.

ENTER this 8th day of AUG, 2007.

_Thomas W. Phillips_
JUDGE THOMAS W. PHILLIPS

APPROVED FOR ENTRY:

/s/ Charles Dungan
Charles Dungan, Esq. (BPR #000860)
Michael H. Meares, Esq. (BPR #012185)
DUNGAN & MEARES
307 College St.
P. O. Box 5023
Maryville, TN 37804

Attorney for Plaintiff

/s/ Richard W. Krieg
Richard W. Krieg, Esq. (BPR# 000893)
LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646

Attorneys for the uninsured/underinsured motorist
 Insurance carrier, Cincinnati Insurance Company


/s/Glenda Hawkins Pipkin
Glenda Hawkins Pipkin, Esq. (BPR# 021643)
Permanent General
2636 Elm Hill Pike, Suite 520
Nashville, TN 37214
(615) 367-1969

Attorneys for Defendants Coy L. Best and Ralph M. Jeffries


/s/ David T. Black
David T. Black, Esq. (BPR# 000999)
Kizer & Black, PLLC
329 Cates Street
Maryville, TN 37801-4903
(865) 982-7650

Attorneys for Defendants Coy L. Best and Ralph M. Jeffries